**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Josue, A.C.S.

      Petitioner,

v.

Todd Blanche, Acting Attorney General;
Markwayne Mullin, U.S. Department of
Homeland Security; Todd M. Lyons, Acting
Director of Immigration and Customs
Enforcement; David Easterwood, Acting
Director, St. Paul Field Office Immigration
and Customs Enforcement; and Sheriff Joel
Brott, Sheriff of Sherburne County;

      Respondents.

Case No. 26-cv-2363 (NEB/LIB)

**ORDER**

---

On May 26, 2026, the parties filed a Stipulation to Withdraw Motion for Limited Discovery and Expansion of the Record [Docket No. 15].  Based upon review of the stipulation and for good cause shown, **IT IS HEREBY ORDERED** that**:**

1.    The Petitioner's Motion for Limited Discovery and Expansion of the Record [Docket No. 9] is **WITHDRAWN**; and

2.    The motion hearing currently scheduled for Monday, June 1, 2026, at 1:30 p.m. in St. Paul, Minnesota, is cancelled.

DATED: May 27, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge