**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOSUE A.C.S.,                                              Case No. 26-CV-2363 (NEB/LIB)

          Petitioner,

v.                                                                          ORDER FOR DISMISSAL

TODD BLANCHE, ET AL.

          Respondents.

---

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on July 19, 2026 (ECF No. 21), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and each party shall bear their own costs and attorneys' fees.

Dated: July 21, 2026                          BY THE COURT:

                                     s/Nancy E. Brasel

                                     Nancy E. Brasel
                                     United States District Judge